# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 357 WAL 2015

          Respondent          :

                             :    Petition for Allowance of Appeal from

                             :    the Order of the Superior Court

          v.                   :

                             :

                             :

ANTHONY SHYRONE MORROW,      :

                             :

          Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the decision of this matter.